*E-Filed 4/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT LEE ROSENBALM, | No. C 10-0071 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| EDWARD FOULK, | |
| Defendant. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Plaintiff was ordered to file a complete application to proceed *in forma pauperis* by April 2, 2010 or face dismissal of the action.  Plaintiff still has not filed an application or paid the filing fee.  Accordingly, the action is DISMISSED without prejudice.

Plaintiff's motion for reconsideration (Docket No. 7) is DENIED.

The Clerk shall enter judgment in favor of defendant, and close the file.

This order terminates Docket No. 7.

**IT IS SO ORDERED**.

DATED: April 12, 2010

RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vincent Lee Rosenbalm
33450 Beerman Creek lane
Seaside, OR 97138


DATED:  04/12/2010


<u>s/ Chambers Staff</u>
Chambers of Judge Richard Seeborg


* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.