*E-Filed 8/13/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT LEE ROSENBALM,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD FOULK,<br><br>    Defendant.<br>_____/ | No. C 10-0071 RS (PR)<br><br>**ORDER RE: INSTRUCTIONS TO PLAINTIFF** |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff alleges claims against a single defendant, Edward Foulk, at Napa State Hospital. The Court has been informed that defendant Foulk no longer works at Napa State Hospital, and therefore the complaint remains unserved. Accordingly, plaintiff is instructed to inform the Court of defendant Foulk's current address so that service can be effected. Failure to provide the Court with this information within 30 days from the date this order is filed will result in dismissal of the action without further notice to plaintiff.

**IT IS SO ORDERED**.

DATED: August 13, 2010

RICHARD SEEBORG
United States District Judge