*E-Filed 11/10/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT LEE ROSENBALM, | No. C 10-0071 RS (PR) |
| Plaintiff, | **ORDER RE: INSTRUCTIONS TO PLAINTIFF** |
| v. | **INSTRUCTIONS TO CLERK** |
| EDWARD FOULK, | |
| Defendant. / | |

This is a civil rights action filed by a *pro se* former state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff alleges claims against a single defendant, Edward Foulk, formerly the Executive Director at Napa State Hospital. The complaint remains unserved as Foulk is no longer employed at Napa State. Plaintiff, it appears, has located defendant's current address. Accordingly, the Clerk shall mail plaintiff a summons form directed to Edward Foulk, leaving the address blank for plaintiff to fill in. Once plaintiff has received this form, he shall then fill in the appropriate address on the form and effect service of the complaint on defendant with the summons form. Within 30 days from the date of this order, plaintiff shall file proof of service with the Court by way of an affidavit. *See* Fed. R. Civ. P. 4(l). Failure to provide the Court with this information within 30 days from the date this order is filed will result in dismissal of the action without further notice to plaintiff.

**IT IS SO ORDERED**.

DATED: November 10, 2010

RICHARD SEEBORG
United States District Judge