*E-Filed 10/11/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VINCENT LEE ROSENBALM,

    Plaintiff,

v.

EDWARD FOULK,

    Defendant.
_____/

No. C 10-0071 RS (PR)

**ORDER DIRECTING PLAINTIFF TO EFFECTUATE PROPER SERVICE**

This is a civil rights action filed by a *pro se* former state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff alleges claims against a single defendant, Edward Foulk, formerly the Executive Director at Napa State Hospital. The complaint remains unserved. Plaintiff's last attempt to serve the complaint was insufficient as he attempted to serve the complaint himself. Only persons who are not parties to the action, and who are over the age of 18, are allowed to serve process. Fed. R. Civ. Proc. ("FRCP") 4(c).

**Plaintiff must effectuate proper service of the summons and the complaint on defendant within 30 days from the date this order is filed, or the action will be dismissed, without further notice to plaintiff, for failure to prosecute under FRCP 41.** If service has been properly effectuated, plaintiff shall file with this Court within 30 days of this order an affidavit attesting that service has been effected in compliance with FRCP 4. *See* FRCP 4(l).

**IT IS SO ORDERED**.

DATED: October 11, 2011

                                    RICHARD SEEBORG
                                  United States District Judge